## ORDER
The petition for writ of certiorari is denied.

■

## STATE
v.

## James RAWLINSON.

### No. 83–364–M.P.

Supreme Court of Rhode Island.

Nov. 17, 1983.

Dennis J. Roberts II, Atty. Gen., for plaintiff.

Paul J. DiMaio, Grilli, DiMaio & Berson, Providence, for defendant.

## ORDER
The state's motion to dismiss defendant's appeal as interlocutory is granted.

■

## STATE
v.

## John SHEWCHUN.

### No. 83–547–M.P.

Supreme Court of Rhode Island.

Nov. 17, 1983.

Milton Stanzler, Abedon, Michaelson, Stanzler & Biener, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., Charles M. Nystedt, Jr., Sp. Asst. Atty. Gen., for respondent.

## ORDER
The petition for writs of habeas corpus and certiorari is denied as moot.

■

## TOWN OF JOHNSTON
v.

## Richard FERRUCCIO et al.

### No. 83–198–A.

Supreme Court of Rhode Island.

Nov. 17, 1983.

Girard R. Visconti, Providence, for plaintiff.

Malcolm Najarian, Cranston, for defendant.

## ORDER
The defendants' motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is granted.

■

## Rosina F. ZWOLENSKI
v.

## Raymond A. ZWOLENSKI.

### No. 80–470–A.

Supreme Court of Rhode Island.

Nov. 17, 1983.

Joseph A. Capineri, Capineri & Crowley, Pawtucket, for plaintiff.

Raymond A. Zwolenski, pro se.

### ORDER

The motion for rehearing, as prayed, is denied.